# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RICK LOGAN,                                                                                          PLAINTIFF
ADC #86813

v.                                                      2:14CV00063-JTK

LARRY MAY, et al.                                                                                 DEFENDANTS

## **ORDER**

Plaintiff's unopposed Motion to Voluntarily Dismiss his complaint against Defendants (Doc. No. 22) is GRANTED.[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 6th day of October, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants voiced no objection to the Motion when contacted by the Court.

1