**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RICK LOGAN,                                                              PLAINTIFF
ADC #86813

v.                                     2:14CV00063-JTK

LARRY MAY, et al.                                                        DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is

denied.

IT IS SO ADJUDGED this 6th day of October, 2014.

_____
   JEROME T. KEARNEY
   UNITED STATES MAGISTRATE JUDGE